THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 4, 2016



Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In the Matter of: WAYNE TUREK<br>DEBRA TUREK<br>Debtors. | Chapter 13<br><br>Case No. 11-30509-SVK |

**ORDER TO LIMIT NOTICE ON TRUSTEE'S REQUEST
TO MODIFY CHAPTER 13 PLAN**

Upon the Trustee's Motion To Limit Notice On Trustee's Request To Modify Chapter 13 Plan on file with the Court;

IT IS HEREBY ORDERED that notice of the Trustee's Request to Modify Chapter 13 Plan may be limited to the U.S. Trustee, the debtors' attorney, and the Debtors.

####